IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| MARCELO BENITEZ TREJO, | ) | |
| | ) | |
| Petitioner, | ) | CIVIL ACTION NO.: CV206-225 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | (Case No.: CR205-22) |
| | ) | |
| Respondent. | ) | |

## ORDER

Petitioner's Motion for Extension of Time to object to the undersigned's Report and Recommendation is hereby **GRANTED** in part. Petitioner shall have until February 21, 2007, to file any desired objections to said Report and Recommendation.

**SO ORDERED**, this 22 day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)